702 A.2d 829

IN THE MATTER OF JOHN W. MORRIS,
AN ATTORNEY AT LAW.

December 3, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **JOHN W. MORRIS** of **HADDON-FIELD,** who was admitted to the bar of this State in 1981, and who was temporarily suspended from practice by Order of this Court dated March 21, 1995, and who remains suspended at this time, be disbarred for violating *RPC* 1.15 (knowing misappropriation of client funds);  and *RPC* 8.4(c) (conducting involving dishonesty, fraud, deceit or misrepresentation);

And **JOHN W. MORRIS** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JOHN W. MORRIS** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **JOHN W. MORRIS** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.